**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CLAYTON CROSBY** **PLAINTIFF**

**v.** **Case No. 3:23-cv-00242-KGB**

**PRODUCTIVE STAFFING LLC** **DEFENDANT**

**ORDER**

Before the Court is a joint stipulation of dismissal (Dkt. No. 21). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal and dismisses the action with prejudice. The Clerk is directed to close the case.

So ordered this the 26th day of August, 2026.

Kristine G. Baker
Chief United States District Judge